MICHAEL E. SHAFF, State Bar #152998
Irvine Venture Law Firm, LLP
19990 MacArthur Blvd, Suite 530
Irvine, CA 92612
Tel: (949) 660-7700
Fax: (949) 660-7799
Email: mshaff@irvinelawpc.com

Attorneys for KREG M. EACRET

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>Defendants,<br><br>KREG M. EACRET; DEBRA S. HARRIS; WELLS FARGO HOME MORTGAGE., INC., successor-in-interest to World Savings Bank; ASSET ACCEPTANCE LLC. | Case No. CASE NO. 8:18CV-00860-DOC-AFM<br><br>**ANSWER OF KREG M. EACRET TO THE SECOND AMENDED COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESMENTS TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS AGAINST REAL PROPERTY.** |

DEFENDANT KREG EACRET'S AMENDED ANSWER

1 – 20.  Defendant Kreg Eacret reasserts and realleges the allegations, denials and defenses raised in Paragraphs 1 through 20 of his original answer to the second amended complaint to reduce federal income tax assessments to judgment and to foreclose federal tax liens against real property (the "Original Answer").

21.  On or about October 15, 2004, defendant Kreg Eacret filed or caused to be filed his individual income tax return on Form 1040 for the year 2003.

22.  On or about October 15, 2005, defendant Kreg Eacret filed or caused to be filed his individual

income tax return on Form 1040 for the year 2004.

23. On or about October 15, 2006, defendant Kreg Eacret filed or caused to be filed his individual income tax return on Form 1040 for the year 2005.

24. On or about October 15, 2007, defendant Kreg Eacret filed or caused to be filed his individual income tax return on Form 1040 for the year 2006.

25. Upon information and belief, plaintiff United States through the Internal Revenue Service failed to issue to defendant Kreg Eacret a notice of deficiency by October 15, 2007 for the year 2003.

26. Upon information and belief, plaintiff United States through the Internal Revenue Service failed to issue to defendant Kreg Eacret a notice of deficiency by October 15, 2008 for the year 2004.

27. Upon information and belief, plaintiff United States through the Internal Revenue Service failed to issue to defendant Kreg Eacret a notice of deficiency by October 15, 2009 for the year 2005.

28. Upon information and belief, plaintiff United States through the Internal Revenue Service failed to issue to defendant Kreg Eacret a notice of deficiency by October 15, 2010 for the year 2006.

27. Upon information and belief, the assessment and collection of the alleged deficiencies against defendant Kreg Eacret for the years 2003, 2004, 2005 and 2006 is barred by limitations.

Respectfully Submitted,

/s/
Michael E. Shaff
Counsel for defendant Kreg M. Eacret
Irvine Venture Law Firm, LLP
19900 MacArthur Blvd., Suite 530
Irvine, CA 92612