UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KREG M. EACRET; DEBRA S. HARRIS; WELLS FARGO HOME MORTGAGE, INC., successor-in interest to World Savings Bank,,<br><br>Defendants. | No. 8:18-cv-00860-DOC-AFM<br><br>Order Granting the United States of America's Unopposed Motion for Extension of Time to Substitute Deceased Defendant Pursuant to Federal Rule of Civil Procedure 25(a)(1) [73]<br><br>Hon. David O. Carter |

For the reasons stated in its motion and for good cause shown, the United States of America's Unopposed Motion for Extension of Time to Substitute Deceased Defendant under Federal Rule of Civil Procedure 25(a)(1) is **GRANTED**. (Dkt. 73).

The United States is ordered to file a motion to substitute under Federal Rule 25(a)(1) no later than 14 days after any order of the probate court appointing a personal representative of the Estate of Kreg M. Eacret.

IT IS SO ORDERED.

Dated: September 28, 2022

_David O. Carter_
Honorable David O. Carter
United States District Judge